**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AISHA HASSAN HUSSEIN,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:          24-cr-15 (3) (NEB/DTS)<br>Date:              March 20, 2026<br>Court Reporter:  Renee Rogge<br>Courtroom:        13W<br>Time Commenced:  8:35 a.m.<br>Time Concluded:  9:10 a.m.<br>Time in Court:    35 minutes |

APPEARANCES:
  Plaintiff:      Rebecca Kline and Matthew Evans, Assistant U.S. Attorneys
  Defendant:    Melvin Welch, CJA Appointed Attorney

PROCEEDINGS:

CHANGE OF PLEA HEARING:

PLEA:
☒  Guilty plea entered as to Count 2 of the Superseding Indictment.
☒  Presentence Investigation Report Requested.
☒  Defendant is released on bond conditions. Additional Condition added by order.


Date: March 20, 2026                              s/Kristine Wegner
                                                  Courtroom Deputy to Judge Nancy E. Brasel